NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**BRIAN A. WARREN,**
*Plaintiff-Appellant*

**v.**

**AMERICAN BROADCASTING COMPANIES, INC., THE WALT DISNEY COMPANY, AMAZON PRIME VIDEO, AMAZON.COM SERVICES LLC,**
*Defendants-Appellees*

―――――――――

2025-1979

―――――――――

Appeal from the United States District Court for the Western District of Michigan in No. 1:24-cv-01009-JMB-MV, Judge Jane M. Beckering.

―――――――――

PER CURIAM.

**O R D E R**

Brian A. Warren filed a complaint at the United States District Court for the Western District of Michigan against various media companies for trademark and copyright infringement and breach of contract. On June 2, 2025, the district court dismissed Mr. Warren's complaint and entered judgment. Mr. Warren filed a notice of appeal at the United States Court of Appeals for the Sixth Circuit

2    WARREN v. AMERICAN BROADCASTING COMPANIES, INC.

seeking review by that court. The Sixth Circuit transmitted the notice to the district court for docketing, Fed. R. App. P. 4(d), which then transmitted it to this court.

This court's jurisdiction to review decisions of federal district courts is generally limited to cases arising under the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see id.* § 1295(a)(4)(C); or certain damages claims against the United States "not exceeding $10,000 in amount," *id.* § 1346(a)(2), *see id.* § 1295(a)(2). The underlying case does not fall within any of those categories. Moreover, Rule 3(d)(1) of the Federal Rules of Appellate Procedure generally provides that a notice of appeal "must" be sent to "the clerk of the court of appeals named in the notice." Because this court clearly lacks jurisdiction and pursuant to the mandatory language of Rule 3(d)(1), we transfer the appeal to the Sixth Circuit.

Accordingly,

IT IS ORDERED THAT:

This matter and all case filings are transferred to the United States Court of Appeals for the Sixth Circuit.

FOR THE COURT

September 29, 2025
Date

Frances M. McNulty
Chief Deputy Clerk of Court